```
                    IN THE UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF GEORGIA
                             ATHENS DIVISION
```

| | |
|---|---|
| TAMMY C. YOUNG, | * |
|    Plaintiff, | * |
| vs. | * |
| | CASE NO. 3:08-CV-45 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
|    Defendant | |
| _____ | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 11, 2009 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 20th day of April, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE